**Opinion issued April 20, 2023**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-22-00746-CR

———————————

## IN RE JASON MICHAEL BADYRKA, Relator

———————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————

## MEMORANDUM OPINION

Jason Michael Badyrka, incarcerated and acting pro se, filed a petition for writ of mandamus compelling the trial court to "respond and conduct a hearing to determine [Badyrka's] indigence in order to appoint appellant counsel and order a free record to be provided."[1] Badyrka subsequently notified our Court that (1) he

---

[1]    The underlying case is *The State of Texas v. Jason Michael Badyrka*, cause number 20-CR-2912, pending in the 405th District Court of Galveston County, Texas, the Honorable Jared Robinson presiding.

received the appellate record and (2) the clerk's record contains an order appointing appellate counsel. Badyrka asserts that these developments render his mandamus petition moot and therefore requests that we dismiss the petition. Accordingly, we dismiss the petition as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).